1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   LARRY DARNELL SMITH,          )      No. CV 12-554-R(CW)
                                   )
13                 Petitioner,     )      JUDGMENT
                                   )
14          v.                     )
                                   )
15   CONNIE GIBSON,(Warden),       )
                                   )
16                 Respondent.     )
     _____)
17
18
19          **IT IS ADJUDGED** that the petition is dismissed as successive.

20
21   DATED: _Jan. 31, 2012_

22
23                                 _____
24                                 MANUEL L. REAL
                                   United States District Judge
25
26
27
28